IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIS DAVIS,<br><br>    Petitioner,<br><br>    v.<br><br>SAN JOAQUIN COUNTY -- STOCKTON,<br><br>    Respondent. | No. 2:19-CV-2199-DMC-P<br><br><br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is petitioner's petition (ECF No. 1).

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule 2(a), Federal Rules Governing Section 2254 Cases. In this case, petitioner does not name the custodial officer. Rather, he names "San Joaquin County – Stockton" as the respondent. Because petitioner has not named the appropriate state officer, petitioner will be provided leave to amend to correct this technical defect by naming the correct respondent. See Stanley, 21 F.3d at 360. Petitioner is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's petition for writ of habeas corpus (ECF No. 1) is dismissed with leave to amend;

2. Petitioner shall file a first amended petition on the form employed by this court, and which names the proper respondent and states all claims and requests for relief, within 30 days of the date of this order; and

3. The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

Dated: March 31, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE