IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIS DAVIS, | No. 2:19-CV-2199-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| SAN JOAQUIN COUNTY – STOCKTON, | |
| Respondent. | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is petitioner's motion for an extension of time to file a first amended petition.  <u>See</u> ECF No. 7.  Good cause appearing therefor, petitioner's motion is granted.  Petitioner shall file a first amended petitioner consistent with the court's March 31, 2020, order within 30 days of the date of this order.

      IT IS SO ORDERED.

Dated:  April 29, 2020

                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE